IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEONTE-MARTIZE MCKAUFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-24-0038-HE |
| ) | |
| SUSAN STALLINGS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff Deonte-Martize McKaufman brought this action asserting claims against defendants that appear to arise from his arrest and subsequent prosecution. On January 23, 2024, U.S. Magistrate Judge Suzanne Mitchell issued a Report and Recommendation recommending the court abstain from exercising jurisdiction over this matter and this case be stayed until plaintiff's state criminal case is resolved. Plaintiff was advised of his right to object to the Report and Recommendation, and he has filed a timely objection. Plaintiff has not set forth any justifiable basis for proceeding with this case while his state criminal prosecution is pending.

Accordingly, the Court **ADOPTS** the Report and Recommendation [Doc. #5], **ABSTAINS** from exercising jurisdiction over plaintiff's federal claims under Younger v. Harris, 401 U.S. 37 (1971), and **STAYS** this case pending completion of plaintiff's state criminal case.[1]

---

[1] *Plaintiff is directed to advise the court upon the completion of his state criminal case.*

**IT IS SO ORDERED.**

Dated this 15th day of February, 2024.

                                                   _____
                                                   JOE HEATON
                                                   UNITED STATES DISTRICT JUDGE